IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **DENNY CLAYTON,** | ) |
| Plaintiff, | ) ) ) |
| v. | )  Civil No. **05-617-MJR** |
| | ) |
| **GRINNELL CORPORATION,** and **TYCO INTERNATIONAL (US) INC.**, | ) ) ) |
| Defendants. | ) |

## ORDER

**PROUD, Magistrate Judge:**

    I hereby **RECUSE** myself from all participation in the above-captioned case. The Clerk of Court is hereby directed to immediately reassign this case to a different U.S. Magistrate Judge.

    **IT IS SO ORDERED.**

    DATED: November 16, 2005.

s/ Clifford J. Proud
**CLIFFORD J. PROUD**
**U. S. MAGISTRATE JUDGE**

**\*Case reassigned to U.S. Magistrate Judge Donald G. Wilkerson**