IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| DENNY CLAYTON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 3:05-cv-617-MJR |
| | ) | |
| GRINNELL CORPORATION, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

This matter is before the Court on the Joint Motion for Extension of Time to Complete Discovery filed by the parties on June 21, 2006 (Doc. 32). The motion is **GRANTED IN PART.**

This matter is set for trial on December 11, 2006. The dates suggested by the parties would interfere with the time required for the District Court to consider dispositive motions. However, the dates set in this case are extended as follows:

1. Plaintiff's experts shall be deposed by July 17, 2006.
2. Defendant/Third Party experts shall be disclosed by July 18, 2006.
3. Defendant/Third Party experts shall be deposed by August 18, 2006.
4. All discovery shall be completed by August 18, 2006.
5. Dispositive motions shall be filed by September 1, 2006.

If the parties require additional time, they must also seek an extension of the trial date in order to comply with the Timetable and Deadlines located in the Local Rules. The Court has not moved the settlement conference date of August 15, 2006 as it appears from the parties' motion that they would like the conference prior to the filing of dispositive motions. If the parties still seek a September 29, 2006 settlement conference date, they may contact chambers.

**DATED: June 22, 2006**

s/ Donald G. Wilkerson
**DONALD G. WILKERSON**
**United States Magistrate Judge**
